**Order entered November 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01500-CV

## IN RE MIGUEL SOLIS, Relator

**Original Proceeding from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-12543**

## ORDER
Before Justices Moseley, Lang-Miers, and Evans

Based on the Court's opinion of today's date, we **GRANT** real party's October 31, 2013 motion to dismiss the petition for writ of mandamus as moot. We **VACATE** our October 30, 2013 order staying all proceedings in the trial court. We **DENY** as moot relator's October 30, 2013 motion to expedite the original proceeding. We **DISMISS** as moot relator's petition for writ of mandamus. We **ORDER** that relator bear the costs of this original proceeding.

/s/     JIM MOSELEY
        JUSTICE